No. 39905.—Protests 507226–G, etc., of Dodwell & Co., Ltd., et al. (New York).

Opinion by Sullivan, J.   On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed.   McClelland, P. J., dissented.

No. 39906.—Protests 487008–G, etc., of M. Aronin & Sons et al. (New York).

Opinion by Sullivan, J.   On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed.   McClelland, P. J., dissented.

No. 39907.—Protests 471873–G, etc., of Essenfeld & Co. et al. (New York).

Opinion by Sullivan, J.   On the record presented and following *Arnhold* v. *United States* (C. D. 44) certain items were held free of duty under paragraph 1681 as claimed.   McClelland, P. J., dissented.

BEFORE THE SECOND DIVISION, NOVEMBER 21, 1938

No. 39908.—Protests 955400–G, etc., of Hedaya Imptg. Co. et al. (New York).

Opinion by Tilson, J.   It was found that the collector erred in converting the Chinese money and Mexican dollar into United States currency.   The protests were therefore sustained.

No. 39909.—Protest 803965–G of Japanese Garment Import Co., Inc. (New York).

Opinion by Tilson, J.   On the authority of *United States* v. *Feltman* (22 C. C. P. A. 637, T. D. 47616) relating to similar merchandise the silk baby shoes in question were held dutiable at 35 percent under paragraph 1530 (e) as claimed.

No. 39910.—Protests 947476–G, etc., of J. R. Gaunt & Son, Inc., et al. (New York).

Opinion by Tilson, J.   No evidence was offered in support of the claims made. Following Abstract 15400 the court dismissed the protests.

No. 39911.—Protests 901171–G, etc., of Joseph Beyer et al. (New York).

Opinion by Tilson, J.   No evidence was offered in support of the claims made.   Following Abstract 15400 the court dismissed the protests.